PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Kathleen Diane Stockton | Case Number: 0980 2:12CR00092-001 |
| Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: February 21, 2013 | Type of Supervision: Supervised Release |
| Original Offense: Possessing, Making and Uttering a Forged Security of an Organization , 18 U.S.C. § 513(a) | Date Supervision to Commence: April 4, 2014 |
| Original Sentence: Prison - 21 Months; TSR - 36 Months | Date Supervision Expires: April 3, 2017 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

23    You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Offender is due to be released from the Bureau of Prisons on April 4, 2014.  She has no place to live, and does not have a job in order to pay for housing.  Ms. Stockton is in agreement to stay at the RRC in order to have the ability to save enough money to find a place to live.

|       |       | Respectfully submitted, |
|-------|-------|-------------------------|
|       | by    | s/Anne L. Sauther       |
|       |       | Anne L. Sauther<br>U.S. Probation Officer<br>Date:  March 18, 2014 |

Prob 12B
**Re: Stockton, Kathleen Diane**
**March 18, 2014**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*Fred Van Sickle*

Signature of Judicial Officer

March 19, 2014

Date