PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2014

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Kathleen Diane Stockton | Case Number: 0980 2:12CR00092-FVS-1 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: February 21, 2013 | Type of Supervision: Supervised Release |
| Original Offense: Possessing, Making and Uttering a Forged Security of an Organization, 18 U.S.C. § 513(a) | Date Supervision Commenced: April 4, 2014 |
| Original Sentence: Prison - 21 Months; TSR - 36 Months | Date Supervision Expires: April 3, 2017 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16	You shall provide the supervising officer with access to any requested financial information, including authorization to conduct credit checks and obtain copies of your Federal income tax returns. You shall disclose all assets and liabilities to the supervising officer. You shall not transfer, sell, give away, or otherwise convey any asset, without the advance approval of the supervising officer.

## CAUSE

Ms. Stockton was without income prior to her placement at the Port of Hope Residential Reentry Center (RRC). The purpose of her time at the RRC was to obtain employment, and save money to assist with housing costs upon her release. Ms. Stockton has obtained employment, however, it is not a permanent position at this time. She is earning minimum wage, and must pay 25% of her income to the RRC. The payment of subsistence would make accomplishing the aforementioned goals more difficult, so a waiver of subsistence is hereby requested.

Ms. Stockton has signed the attached waiver of hearing to modify conditions form, and understands the rationale for a waiver of subsistence payments, and agrees to save money to aid in her transition into the community.

|  |  |
|---|---|
| | Respectfully submitted, |
| by | s/Anne L. Sauther |
| | Anne L. Sauther<br>U.S. Probation Officer<br>Date:  July 14, 2014 |

Prob 12B
**Re: Stockton, Kathleen Diane**
**July 14, 2014**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

*Fred Van Sickle*
———————————————
Signature of Judicial Officer

7/15/14
———————————————
Date