PROB 12B
(7/93)

Case 2:12-cr-00092-FVS    Document 41    Filed 07/17/14

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2014

SEAN F. MCAVOY, CLERK

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Kathleen Diane Stockton | Case Number: 0980 2:12CR00092-FVS-1 |
| Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: February 21, 2013 | Type of Supervision: Supervised Release |
| Original Offense: Possessing, Making and Uttering a Forged Security of an Organization , 18 U.S.C. § 513(a) | Date Supervision Commenced: April 4, 2014 |
| Original Sentence: Prison - 21 Months;         TSR - 36 Months | Date Supervision Expires: April 3, 2017 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23       Subsistence at the residential reentry center (RRC) shall be waived by the Bureau of Prisons (BOP), while the offender is residing at the facility.

## CAUSE

Ms. Stockton was without income prior to her placement at the Port of Hope Residential Reentry Center (RRC). The purpose of her time at the RRC was to obtain employment, and save money to assist with housing costs upon her release.  Ms. Stockton has obtained employment, however, it is not a permanent position at this time.  She is earning minimum wage, and must pay 25% of her income to the RRC.  The payment of subsistence would make accomplishing the aforementioned goals more difficult, so a waiver of subsistence is hereby requested.

Ms. Stockton has signed the attached waiver of hearing to modify conditions form, and understands the rationale for a waiver of subsistence payments, and agrees to save money to aid in her transition into the community.

|         |                       Respectfully submitted, |
|---|---|
| by | s/Anne L. Sauther |
|  | Anne L. Sauther<br>U.S. Probation Officer<br>Date:  July 17, 2014 |

Prob 12B
**Re: Stockton, Kathleen Diane**
**July 17, 2014**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

s/Fred Van Sickle
Signature of Judicial Officer

July 17, 2014
Date